◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ALAN NAHIGIAN

V.

MICHAEL EVAN SACHS,
and
SPRINGER SCIENCE+BUSINESS
MEDIA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7093**

JUDGE SWAIN

TO: (Name and address of Defendant)

SPRINGER SCIENCE+BUSINESS MEDIA, INC.
233 SPRING STREET
NEW YORK, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOEL A. SIEGEL, ESQ.
70 LAFAYETTE STREET
7TH FLOOR
NEW YORK, NY 10013-4000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 0 9 2007

CLERK _/s/ Marius Quintero_                           DATE

(By) DEPUTY CLERK

| | |
|---|---|
| ALAN NAHIGIAN | Index #: 07 CIV 7093 (SWAIN) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| MICHAEL EVAN SACHS AND SPRINGER SCIENCE+BUSINESS MEDIA, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 13, 2007 at 11:31 AM at

233 SPRING STREET, 6TH FLOOR
NEW YORK, NY10013

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, JUDGE'S RULES,3RD AMENDED INSTRUCTIONS FOR FILING ECF CASE OR APPEAL on SPRINGER SCIENCE+BUSINESS MEDIA, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. DEBORA CARRERAS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, CIVIL COVER SHEET, JUDGE'S RULES,3RD AMENDED INSTRUCTIONS FOR FILING ECF CASE OR APPEAL as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 5'7 | 125 |

Sworn to me on: August 14, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 496927