USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 26 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ALAN NAHIGIAN,

                Plaintiff,

v.

MICHAEL EVAN SACHS and
SPRINGER SCIENCE + BUSINESS
MEDIA, INC.,

                Defendants.

------------------------------------------------------------- X

Case No. 07 CIV 7093 (LTS)

STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Alan Nahigian and defendant Springer Science + Business Media, Inc. ("Springer") in the above entitled action, that the time for Springer to answer, move or otherwise respond to the complaint filed in this action is extended up to and including October 1, 2007.

Dated: New York, New York
       September 24, 2007

JOEL A. SIEGEL, ESQ.

By: _____
70 Lafayette Street, 7th Floor
New York, New York 10013
(212) 233-6900
*Attorney for Plaintiff*
*Alan Nahigian*

ALSTON & BIRD LLP

By: _____
Karl Geercken (KG 5897)
Francis Paul Greene (FG 1837)
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Defendant Springer-*
*Science +Business Media, Inc.*

SO ORDERED
_____ 9/25/07
U.S.D.J.