UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ALAN NAHIGIAN,

                Plaintiff,

v.

MICHAEL EVAN SACHS and
SPRINGER SCIENCE + BUSINESS
MEDIA, INC.,

                Defendants.

------------------------------------------------------------ X

Case No. 07 CIV 7093 (LTS)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for plaintiff Alan Nahigian and defendant Michael Evan Sachs ("Sachs") in the above entitled action, that the time for Sachs to answer, move or otherwise respond to the complaint filed in this action is extended up to and including October 1, 2007.

Dated: New York, New York
        September 26, 2007

JOEL A. SIEGEL, ESQ.

By: _____
70 Lafayette Street, 7th Floor
New York, New York 10013
(212) 233-6900
*Attorney for Plaintiff
Alan Nahigian*

SO ORDRERED

_____ 10/5/07
U.S.D.J.

BARRY SILVER, ESQ.

By: _____
Barry Silver (BS 8408)
111 Great Neck Road
Great Neck, New York 11021
(516) 498-8500
*Attorneys for Defendant Sachs*



LAURA TAYLOR SWAIN
U.S.D.J.



LEGAL02/30532800v1