```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 30 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALAN NAHIGIAN,                                 Case No. 07 CIV 7093 (LTS)

    Plaintiff,
                                               **STIPULATION OF DISMISSAL**
    -against-

MICHAEL EVAN SACHS, and
SPRINGER SCIENCE+BUSINESS MEDIA, INC.,

    Defendants.
------------------------------------------------------------x

    PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the above-captioned action be, and the same hereby is, dismissed with prejudice, without costs to any party as against any other party.

JOEL A. SIEGEL
Attorney for Plaintiff
70 Lafayette Street, 7th Floor
New York, New York 10013
(212) 233-6900

By: _____
JOEL A. SIEGEL, ESQ. (JS-2974)
Date: October 18, 2007

BARRY E. SILVER
Attorney for Michael Evan Sachs
111 Great Neck Road, Suite 602
Great Neck, New York 11021
(516) 498-8500

By: _____
BARRY E. SILVER (BS-8408)
Date: October 16, 2007

ALSTON & BIRD LLP
Attorneys for Springer
90 Park Avenue
New York, New York 10016
(212) 210-9400

By: _____
FRANCIS PAUL GREENE (FG 1837)

SO ORDERED:

_____ 10/29/07
HON. LAURA TAYLOR SWAIN, U.S.D.J.
Dated: